**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JUSTIN E. FAIRFAX<br>8106 Guinevere Drive<br>Annandale, Virginia 22003,<br><br>*Plaintiff,*<br><br>v.<br><br>NEW YORK PUBLIC RADIO<br>160 Varick Street<br>New York, New York 10013,<br><br>WNYC[1]<br>160 Varick Street<br>New York, New York 10013,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   1:22-cv-00895 |

**DEFENDANT'S APPLICATION FOR**
**REASONABLE ATTORNEYS' FEES AND COSTS**

Defendant New York Public Radio ("NYPR"), by and through its undersigned counsel, hereby files this Application for Reasonable Attorneys' Fees and Costs pursuant to the Court's April 4, 2023 Order, ECF No. 42, and Virginia's anti-SLAPP statute, Va. Code § 8.01-223.2.  As grounds, NYPR states as follows:

1. On April 4, 2023, this Court entered an Order granting NYPR's motion for attorney's fees and costs pursuant to Va. Code § 8.01-223.2.  Within 21 days of the Order, the Court directed NYPR to submit its application for reasonable fees and expenses associated with this litigation, along with supporting materials.  ECF No. 42.

---

[1]    As explained in NYPR's underlying motions, ECF No. 21 at 1 n.1; ECF No. 24 at 1 n.1, the Complaint erroneously named "WNYC" as a separate defendant.  Although New York Public Radio conducts business under the name WNYC, WNYC is not a legal entity and therefore not a proper party.

2.  NYPR requests that the Court award $239,923.40, consisting of $237,476.50 in

attorneys' fees and $2,446.96 in costs.  NYPR's accompanying brief in support of this

motion and the Declaration of Andrew M. Levine establish the basis for the requested

award and the reasonableness of NYPR's attorneys' fees and costs.

WHEREFORE, NYPR respectfully requests that this Court enter an order awarding

$237,476.50 to NYPR for its reasonable attorneys' fees and costs incurred in the present action.

Dated: April 25, 2023

/s/ Jonathan R. Tuttle
Jonathan R. Tuttle, Va. Bar No. 34465
Debevoise & Plimpton LLP
801 Pennsylvania Ave, NW
Suite 500
Washington, DC 20004
Tel: (202) 383-8000
Fax: (202) 383-8118
jrtuttle@debevoise.com

Andrew M. Levine*
Jared I. Kagan*
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000
Fax: (212) 909-6836
amlevine@debevoise.com
jikagan@debevoise.com

*Counsel for Defendant*
*New York Public Radio*

*Admitted pro hac vice

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 25th day of April, 2023, I caused a copy of the

foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which

will then send a notification of such filing to all interested parties.

/s/ Jonathan R. Tuttle
Jonathan R. Tuttle, Va. Bar No. 34465
Debevoise & Plimpton LLP
801 Pennsylvania Ave, NW
Suite 500
Washington, DC 20004
Tel: (202) 383-8000
Fax: (202) 383-8118
jrtuttle@debevoise.com

*Counsel for Defendant*
*New York Public Radio*