# Exhibit A

| Calculations: | |
|---|---|

| Vienna Metro Matrix: (Years Experience) | |
|---|---|
| **Years Experience** | **Range of Rates** |
| 1-3 YE | 250-435 |
| 4-7 YE | 350-600 |
| 8-10 YE | 465-640 |
| 11-19 YE | 520-770 |
| 20+ YE | 505-820 |

| **Debevoise Attorneys** | | **Range** | **Mid Point Rate** |
|---|---|---|---|
| Jonathan R. Tuttle | 31 Years | 505-820 | 662.50 |
| Andrew M. Levine | 21 Years | 505-820 | 662.50 |
| Jared I. Kagan | 13 Years | 520-770 | 645.00 |
| Matthew Petrozziello | 8 Years | 465-640 | 552.50 |
| Christopher M. Carter | 4 Years | 350-600 | 475.00 |
| Naomi Perla | 2 Years | 250-435 | 342.50 |
| Emily Morgan | 1 Year | 250-435 | 342.50 |

| Total Hours | |
|---|---|
| Initial Assessment | 32.20 |
| Motion to Dismiss | 266.60 |
| Motion for Attorneys' Fees | 80.00 |
| Oral Argument | 73.90 |
| Joint Discovery | 13.90 |
| | |
| **Sum** | **466.60** |

| Totals | Base Hours x Rate | |
|---|---|---|
| Initial Assessment | $ | 19,573.00 |
| Motion to Dismiss | $ | 132,415.00 |
| Motion for Attorneys' Fees | $ | 40,065.25 |
| Oral Argument | $ | 37,115.50 |
| Joint Discovery | $ | 8,307.75 |
| | | |
| **Sum** | **$** | **237,476.50** |

**Initial Case Assessment:**

| Date | Bill Timekeeper | Title | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 8/8/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Review of complaint, and related emails with NYPR/Debevoise team. |
| 8/8/2022 | Kagan, Jared I. | Counsel | 0.50 | $ 645.00 | $ 322.50 | Review of complaint, and related emails with NYPR/Debevoise team. |
| 8/9/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Teleconference with J. Kagan re lawsuit, and emails re same. |
| 8/12/2022 | Kagan, Jared I. | Counsel | 1.00 | $ 645.00 | $ 645.00 | Further review of complaint; emails with A. Levine re same; emails with NYPR/Debevoise team re matter update. |
| 8/14/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Emails with J. Kagan re matter and next steps, and review of same. |
| 8/15/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Emails with A. Levine re matter and related coordination. |
| 8/16/2022 | Levine, Andrew M. | Partner | 0.10 | $ 662.50 | $ 66.25 | Emails with J. Kagan re litigation update and next steps. |
| 8/17/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Emails with NYPR re Fairfax's motion to substitute new counsel. |
| 8/19/2022 | Levine, Andrew M. | Partner | 0.90 | $ 662.50 | $ 596.25 | Teleconference with J. Kagan re next steps, and related emails with NYPR/Debevoise team; emails with counsel to Fairfax, NYPR, and Debevoise re service issues. |
| 8/19/2022 | Kagan, Jared I. | Counsel | 0.90 | $ 645.00 | $ 580.50 | Emails and teleconferences with NYPR re matter, and related emails with A. Levine. |
| 8/22/2022 | Kagan, Jared I. | Counsel | 0.20 | $ 645.00 | $ 129.00 | Emails with NYPR re matter; emails with Fairfax attorneys re waiver of service. |
| 8/22/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Emails with J. Kagan re next steps, and review of same. |
| 8/23/2022 | Levine, Andrew M. | Partner | 0.10 | $ 662.50 | $ 66.25 | Emails with J. Kagan re update. |
| 8/23/2022 | Kagan, Jared I. | Counsel | 0.20 | $ 645.00 | $ 129.00 | Teleconference with NYPR re matter. |
| 8/25/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails re ongoing litigation matters, and review of same. |
| 8/26/2022 | Kagan, Jared I. | Counsel | 0.30 | $ 645.00 | $ 193.50 | Drafting of waiver of service form re Fairfax, and emails with NYPR re same. |
| 8/26/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Emails re litigation update, and review of related matters. |
| 8/29/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Emails with NYPR re waiver of service. |
| 8/30/2022 | Levine, Andrew M. | Partner | 1.10 | $ 662.50 | $ 728.75 | Emails and videoconference re litigation, and attention re same. |
| 8/30/2022 | Kagan, Jared I. | Counsel | 1.20 | $ 645.00 | $ 774.00 | Teleconference with Debevoise colleague re Fairfax matter; follow-up call with A. Levine re same; emails with Debevoise team re same; emails re waiver of service. |
| 8/31/2022 | Carter, Christopher M. | Associate | 0.30 | $ 475.00 | $ 142.50 | Teleconference with J. Kagan re litigation background. |
| 8/31/2022 | Tuttle, Jonathan R. | Partner | 0.60 | $ 475.00 | $ 285.00 | Teleconference and emails with Debevoise team re litigation, and review of related materials. |
| 8/31/2022 | Kagan, Jared I. | Counsel | 1.20 | $ 645.00 | $ 774.00 | Conference with Debevoise team re matter; emails re waiver of service, and teleconference with NYPR re same; conference with C. Carter re matter. |
| 8/31/2022 | Levine, Andrew M. | Partner | 1.30 | $ 662.50 | $ 861.25 | Videoconference with Debevoise team re litigation and related considerations; emails with Debevoise team re litigation matters; emails with MAO and J. Kagan re service issues, and review of same. |
| 9/1/2022 | Kagan, Jared I. | Counsel | 0.30 | $ 645.00 | $ 193.50 | Conference with A. Levine re next steps in matter; emails with C. Carter re local discovery procedure. |
| 9/1/2022 | Carter, Christopher M. | Associate | 0.40 | $ 475.00 | $ 190.00 | Communications with Debevoise team about local procedural rules. |
| 9/1/2022 | Levine, Andrew M. | Partner | 0.50 | $ 662.50 | $ 331.25 | Emails and teleconference with J. Kagan re next steps; emails with MAO re service issues. |
| 9/2/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Emails with Debevoise team re service issues, and related emails with plaintiff's counsel; emails with J. Kagan re updates and next steps. |
| 9/2/2022 | Kagan, Jared I. | Counsel | 0.40 | $ 645.00 | $ 258.00 | Emails and teleconference with NYPR re Fairfax matter; emails with MAO and with NYPR re service issues in matter; emails with Fairfax counsel re same. |
| 9/6/2022 | Levine, Andrew M. | Partner | 0.10 | $ 662.50 | $ 66.25 | Emails with J. Kagan re next steps. |
| 9/7/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Emails with J. Kagan re next steps, and review of same. |
| 9/8/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Teleconference and emails with J. Kagan re litigation, and related emails with NYPR and J. Kagan. |
| 9/15/2022 | Levine, Andrew M. | Partner | 1.30 | $ 662.50 | $ 861.25 | Videoconference and emails with NYPR/Debevoise team re next steps, and attention re same; emails with Debevoise team re next steps. |
| 9/16/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with J. Kagan re next steps. |
| 9/18/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Attention to next steps, including related communications. |
| 9/19/2022 | Perla, Naomi | Associate | 1.20 | $ 342.50 | $ 411.00 | Conference with J. Kagan and M. Petrozziello; review of litigation documents from Fairfax v. CBS. |
| 9/19/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Emails with J. Kagan and MAO re service issues, and related emails with plaintiff's counsel and J. Kagan. |
| 9/19/2022 | Kagan, Jared I. | Counsel | 1.30 | $ 645.00 | $ 838.50 | Conference with M. Petrozziello and N. Perla re next steps; emails re WNYC as non-entity and drafting of email to Fairfax's counsel re same; review and analysis of briefing in Fairfax's prior CBS lawsuit, as well as the district court and appellate decisions. |
| 9/19/2022 | Petrozziello, Matthew J. | Associate | 2.00 | $ 552.50 | $ 1,105.00 | Correspondence with J. Kagan re litigation; review of complaint and letter correspondence. |
| 9/20/2022 | Perla, Naomi | Associate | 0.20 | $ 342.50 | $ 68.50 | Attention to email re next steps, and coordination re same. |
| 9/20/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Attention to litigation next steps, including related emails with Debevoise team; emails with J. Kagan and MAO re service issues, and review of same. |
| 9/20/2022 | Petrozziello, Matthew J. | Associate | 0.80 | $ 552.50 | $ 442.00 | Review of litigation materials from CBS matter; correspondence with N. Perla re legal research. |
| 9/21/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Emails with Debevoise team re meeting and related preparations. |
| 9/21/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with NYPR/Debevoise team re next steps, and attention re same. |
| 9/21/2022 | Carter, Christopher M. | Associate | 2.10 | $ 475.00 | $ 997.50 | Review and analysis of complaint. |
| 9/22/2022 | Carter, Christopher M. | Associate | 0.10 | $ 475.00 | $ 47.50 | E-mails with Debevoise team re next steps. |
| 9/23/2022 | Tuttle, Jonathan R. | Partner | 1.00 | $ 662.50 | $ 662.50 | Videoconference with Debevoise team re response to complaint and litigation issues and status, and preparation re same. |
| 9/23/2022 | Carter, Christopher M. | Associate | 0.90 | $ 475.00 | $ 427.50 | Videoconference with Debevoise team re response to complaint and litigation issues and status. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Initial Case Assessment:** | | | | | | |
| **Date** | **Bill Timekeeper** | **Title** | **Hours** | **Rate** | **Amount** | **Narrative** |
| 9/23/2022 | Kagan, Jared I. | Counsel | 1.30 | $ 645.00 | $ 838.50 | Videoconference with Debevoise team re response to complaint and litigation issues and status; follow-up teleconference with N. Perla and M. Petrozziello re same; emails with NYPR re next steps. |
| 9/23/2022 | Levine, Andrew M. | Partner | 2.50 | $ 662.50 | $ 1,656.25 | Review of relevant materials; videoconference with Debevoise team re response to complaint and litigation issues and status; videoconference with J. Tuttle and J. Kagan re response to plaintiff's counsel. |
| 9/27/2022 | Levine, Andrew M. | Partner | 0.60 | $ 662.50 | $ 397.50 | Edit of communication to plaintiff's counsel, and emails re same with J. Kagan and with NYPR; attention to engagement matters. |
| 9/27/2022 | Kagan, Jared I. | Counsel | 1.00 | $ 645.00 | $ 645.00 | Edit of draft email to Fairfax's counsel re WNYC as separate entity, and emails with A. Levine re same; further review of complaint and review of legal research re Virginia law. |
| 9/28/2022 | Kagan, Jared I. | Counsel | 0.20 | $ 645.00 | $ 129.00 | Emails re draft response to Fairfax's counsel re WNYC as separate entity and sending of same. |
| 9/29/2022 | Levine, Andrew M. | Partner | 0.10 | $ 662.50 | $ 66.25 | Emails with plaintiff's counsel and J. Kagan re service issue. |
| 9/30/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Email with A. Levine re status on workstreams. |
| 9/30/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with J. Kagan re next steps, and review of same. |
| 10/3/2022 | Tuttle, Jonathan R. | Partner | 0.30 | $ 662.50 | $ 198.75 | Emails with Debevoise team re status and EDVA issues. |
| 10/3/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Emails with Debevoise team re updates and next steps; emails with NYPR/Debevoise team re coordination with counsel; emails with J. Kagan re strategic considerations. |
| 10/3/2022 | Carter, Christopher M. | Associate | 0.50 | $ 475.00 | $ 237.50 | Emails with Debevoise team re next steps, and attention re same. |
| 10/4/2022 | Tuttle, Jonathan R. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re status. |
| 10/4/2022 | Morgan, Emily L. | Associate | 2.20 | $ 342.50 | $ 753.50 | Teleconference with M. Petrozziello re litigation background; review and analysis of complaint, working outline, and other background information in preparation for relevant legal research. |
| 10/5/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Emails with Debevoise team re next steps, and attention re same; emails with J. Kagan re communications with other counsel. |
| 10/6/2022 | Carter, Christopher M. | Associate | 0.50 | $ 475.00 | $ 237.50 | Emails with Debevoise team re matter coordination and next steps. |
| 10/7/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Emails with plaintiff's counsel and J. Kagan re meet and confer, and attention re same. |
| 10/8/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Preparation for upcoming meet and confer. |
| 10/9/2022 | Kagan, Jared I. | Counsel | 0.20 | $ 645.00 | $ 129.00 | Email with C. Carter re next steps; emails with Fairfax's counsel re meet and confer. |
| 10/9/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with plaintiff's counsel and J. Kagan re meet and confer, and related emails with J. Kagan. |
| 10/10/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Review of draft meet and confer talking points, and related emails with J. Kagan. |
| 10/11/2022 | Tuttle, Jonathan R. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails and conference with Debevoise team re extension and status. |
| 10/12/2022 | Tuttle, Jonathan R. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re extension and status. |
| 10/12/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Emails with J. Kagan and plaintiff's counsel re meet and confer, and attention re same; review of relevant media coverage. |
| 10/14/2022 | Kagan, Jared I. | Counsel | 0.50 | $ 645.00 | $ 322.50 | Emails re communications with Fairfax's counsel, and teleconference with A. Levine re same; emails with C. Carter re next steps. |
| 10/18/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Emails with NYPR/Debevoise team re litigation updates, and review of same. |
| | | | | | | |
| **TOTAL** | | | 32.20 | | $ 19,573.00 | |

**Motion to Dismiss:**

| Date | Bill Timekeeper | Title | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 9/22/2022 | Petrozziello, Matthew J. | Associate | 0.40 | $ 552.50 | $ 221.00 | Correspondence with J. Kagan and N. Perla re research and motion to dismiss tasks. |
| 9/22/2022 | Kagan, Jared I. | Counsel | 0.30 | $ 645.00 | $ 193.50 | Teleconference with M. Petrozziello re motion to dismiss strategy; emails with team re relevant background materials. |
| 9/22/2022 | Perla, Naomi | Associate | 8.30 | $ 342.50 | $ 2,842.75 | Review and analysis of relevant litigation materials; drafting of motion to dismiss outline; researching of relevant arguments. |
| 9/23/2022 | Perla, Naomi | Associate | 4.40 | $ 342.50 | $ 1,507.00 | Drafting of motion to dismiss outline; researching of relevant arguments; participation in team meetings. |
| 9/23/2022 | Petrozziello, Matthew J. | Associate | 4.50 | $ 552.50 | $ 2,486.25 | Team meetings re ongoing tasks and workflow; research for and drafting of motion to dismiss outline. |
| 9/25/2022 | Petrozziello, Matthew J. | Associate | 1.30 | $ 552.50 | $ 718.25 | Drafting of motion to dismiss outline. |
| 9/25/2022 | Perla, Naomi | Associate | 3.10 | $ 342.50 | $ 1,061.75 | Drafting of relevant cases chart, and review and analysis of same. |
| 9/26/2022 | Carter, Christopher M. | Associate | 0.70 | $ 475.00 | $ 332.50 | Research into EDVA local rules and prior Judge Trenga opinions. |
| 9/26/2022 | Petrozziello, Matthew J. | Associate | 3.10 | $ 552.50 | $ 1,712.75 | Drafting of motion to dismiss outline. |
| 9/27/2022 | Perla, Naomi | Associate | 0.80 | $ 342.50 | $ 274.00 | Emails with Debevoise team re motion to dismiss outline, and review and edit of same; attention to relevant legal research. |
| 9/27/2022 | Petrozziello, Matthew J. | Associate | 3.50 | $ 552.50 | $ 1,933.75 | Drafting of motion to dismiss outline; correspondence with J. Kagan re research and staffing. |
| 9/28/2022 | Petrozziello, Matthew J. | Associate | 2.20 | $ 552.50 | $ 1,215.50 | Drafting of motion to dismiss outline. |
| 9/28/2022 | Perla, Naomi | Associate | 6.60 | $ 342.50 | $ 2,260.50 | Edit of motion to dismiss outline. |
| 9/29/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Review of redline of Fairfax's NYPR complaint against his CBS complaint; emails with M. Petrozziello re draft motion to dismiss outline. |
| 9/29/2022 | Petrozziello, Matthew J. | Associate | 0.50 | $ 552.50 | $ 276.25 | Edit of motion to dismiss outline. |
| 9/29/2022 | Perla, Naomi | Associate | 3.10 | $ 342.50 | $ 1,061.75 | Edit of motion to dismiss outline. |
| 9/30/2022 | Perla, Naomi | Associate | 0.50 | $ 342.50 | $ 171.25 | Edit of motion to dismiss outline, and related emails with Debevoise team. |
| 10/2/2022 | Petrozziello, Matthew J. | Associate | 2.50 | $ 552.50 | $ 1,381.25 | Edit of motion to dismiss outline. |
| 10/3/2022 | Kagan, Jared I. | Counsel | 0.50 | $ 645.00 | $ 322.50 | Review of draft motion to dismiss outline, and emails with M. Petrozziello re same; emails with A. Levine re outreach to other counsel. |
| 10/3/2022 | Petrozziello, Matthew J. | Associate | 0.70 | $ 552.50 | $ 386.75 | Edit of motion to dismiss outline. |
| 10/4/2022 | Perla, Naomi | Associate | 1.10 | $ 342.50 | $ 376.75 | Research re procedural questions; emails with Debevoise team re motion to dismiss. |
| 10/4/2022 | Levine, Andrew M. | Partner | 1.20 | $ 662.50 | $ 795.00 | Emails with J. Kagan re next steps; emails with Debevoise team re motion to dismiss outline, and review of same; review and annotation of draft outline. |
| 10/4/2022 | Kagan, Jared I. | Counsel | 1.20 | $ 645.00 | $ 774.00 | Conference with M. Petrozziello re draft motion to dismiss outline, and emails re same; emails with A. Levine re status of drafts and work plan. |
| 10/4/2022 | Petrozziello, Matthew J. | Associate | 4.20 | $ 552.50 | $ 2,320.50 | Edit of motion to dismiss outline and drafting plan; teleconference with J. Kagan re motion to dismiss; call with E. Morgan re case. |
| 10/5/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Teleconference with M. Petrozziello re motion to dismiss, and emails re relevant case law. |
| 10/5/2022 | Petrozziello, Matthew J. | Associate | 3.80 | $ 552.50 | $ 2,099.50 | Drafting of motion to dismiss. |
| 10/5/2022 | Morgan, Emily L. | Associate | 4.70 | $ 342.50 | $ 1,609.75 | Research of discrete legal questions for input into brief outline. |
| 10/6/2022 | Kagan, Jared I. | Counsel | 1.30 | $ 645.00 | $ 838.50 | Team meeting re motion to dismiss outline; emails with team re same; attention to relevant legal arguments and related communications. |
| 10/6/2022 | Levine, Andrew M. | Partner | 1.50 | $ 662.50 | $ 993.75 | Analysis of litigation materials, and edit of motion to dismiss outline; conference with team re motion to dismiss and related matters. |
| 10/6/2022 | Morgan, Emily L. | Associate | 3.20 | $ 342.50 | $ 1,096.00 | Meeting with Debevoise team; research of discrete questions for motion to dismiss; call with M. Petrozziello re research. |
| 10/6/2022 | Perla, Naomi | Associate | 4.80 | $ 342.50 | $ 1,644.00 | Emails with Debevoise team re motion to dismiss, and team meeting re same; edit of motion to dismiss outline, including complaint citations; legal research. |
| 10/6/2022 | Petrozziello, Matthew J. | Associate | 5.10 | $ 552.50 | $ 2,817.75 | Meeting with Debevoise team re motion to dismiss; teleconference with E. Morgan re research tasks; drafting of motion to dismiss. |
| 10/7/2022 | Kagan, Jared I. | Counsel | 0.40 | $ 645.00 | $ 258.00 | Emails re meet and confer in advance of filing motion to dismiss; teleconference with M. Petrozziello re legal research and review of same. |
| 10/7/2022 | Perla, Naomi | Associate | 3.00 | $ 342.50 | $ 1,027.50 | Emails with Debevoise team; research of relevant defamation legal standards. |
| 10/7/2022 | Morgan, Emily L. | Associate | 4.80 | $ 342.50 | $ 1,644.00 | Research of relevant defamation legal standards, and drafting of related summary for M. Petrozziello. |
| 10/7/2022 | Petrozziello, Matthew J. | Associate | 7.30 | $ 552.50 | $ 4,033.25 | Drafting of motion to dismiss; correspondence with N. Perla and E. Morgan re legal research. |
| 10/8/2022 | Petrozziello, Matthew J. | Associate | 1.20 | $ 552.50 | $ 663.00 | Drafting of motion to dismiss. |
| 10/8/2022 | Kagan, Jared I. | Counsel | 1.60 | $ 645.00 | $ 1,032.00 | Edit of draft motion to dismiss, and emails with M. Petrozziello re same. |
| 10/9/2022 | Petrozziello, Matthew J. | Associate | 3.60 | $ 552.50 | $ 1,989.00 | Edit of draft motion to dismiss. |
| 10/10/2022 | Kagan, Jared I. | Counsel | 2.30 | $ 645.00 | $ 1,483.50 | Review and edit of draft motion to dismiss, and teleconference with M. Petrozziello re same; drafting of talking points for meet and confer call with Fairfax counsel, and email with A. Levine re same. |
| 10/10/2022 | Morgan, Emily L. | Associate | 5.20 | $ 342.50 | $ 1,781.00 | Follow-up research for motion to dismiss, and email with results to M. Petrozziello. |
| 10/10/2022 | Petrozziello, Matthew J. | Associate | 5.40 | $ 552.50 | $ 2,983.50 | Call with J. Kagan re motion to dismiss draft; edit of motion to dismiss. |
| 10/11/2022 | Perla, Naomi | Associate | 0.30 | $ 342.50 | $ 102.75 | Emails with Debevoise team re motion to dismiss. |
| 10/11/2022 | Levine, Andrew M. | Partner | 1.00 | $ 662.50 | $ 662.50 | Preparation for meet and confer; teleconference with J. Kagan and counsel to Fairfax re meet and confer, and related teleconference with NYPR/Debevoise team; review of draft motion to dismiss, and related emails with Debevoise team. |

**Motion to Dismiss:**

| Date | Bill Timekeeper | Title | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 10/11/2022 | Petrozziello, Matthew J. | Associate | 2.50 | $ 552.50 | $ 1,381.25 | Teleconference with J. Kagan re motion to dismiss; edit of motion to dismiss. |
| 10/11/2022 | Kagan, Jared I. | Counsel | 2.50 | $ 645.00 | $ 1,612.50 | Meet and confer call with A. Levine and Fairfax's counsel; conference with NYPR/Debevoise team re update on same; teleconference with M. Petrozziello re update on same; edit of draft motion to dismiss, and emails and teleconference with M. Petrozziello re same. |
| 10/11/2022 | Morgan, Emily L. | Associate | 3.30 | $ 342.50 | $ 1,130.25 | Review of draft motion to dismiss; research on motion to dismiss and relevant legal arguments. |
| 10/12/2022 | Kagan, Jared I. | Counsel | 0.80 | $ 645.00 | $ 516.00 | Meeting with M. Petrozziello, N. Perla, and E. Morgan re draft motion to dismiss; emails with A. Levine re strategic considerations. |
| 10/12/2022 | Perla, Naomi | Associate | 0.90 | $ 342.50 | $ 308.25 | Drafting of attorney declaration. |
| 10/12/2022 | Perla, Naomi | Associate | 1.00 | $ 342.50 | $ 342.50 | Conference with Debevoise team re motion to dismiss; drafting of attorney declaration. |
| 10/12/2022 | Morgan, Emily L. | Associate | 3.70 | $ 342.50 | $ 1,267.25 | Conference with Debevoise team re motion to dismiss; research re motion to dismiss, and emails re same. |
| 10/12/2022 | Petrozziello, Matthew J. | Associate | 2.50 | $ 552.50 | $ 1,381.25 | Conference with Debevoise team re motion to dismiss; edit of motion to dismiss. |
| 10/13/2022 | Perla, Naomi | Associate | 2.30 | $ 342.50 | $ 787.75 | Emails with Debevoise team re next steps; drafting of attorney declaration. |
| 10/13/2022 | Petrozziello, Matthew J. | Associate | 3.10 | $ 552.50 | $ 1,712.75 | Edit of motion to dismiss; emails with Debevoise team re legal research and related next steps. |
| 10/14/2022 | Levine, Andrew M. | Partner | 0.90 | $ 662.50 | $ 596.25 | Emails with counsel re motion to dismiss, and related emails with NYPR/Debevoise team and teleconference with J. Kagan; emails with Debevoise team re next steps, and review of same. |
| 10/14/2022 | Petrozziello, Matthew J. | Associate | 1.30 | $ 552.50 | $ 718.25 | Edit of motion to dismiss; emails with Debevoise team re legal research. |
| 10/14/2022 | Perla, Naomi | Associate | 3.60 | $ 342.50 | $ 1,233.00 | Emails with Debevoise team re motion to dismiss; drafting of attorney declaration; research re defamation legal questions. |
| 10/15/2022 | Kagan, Jared I. | Counsel | 0.20 | $ 645.00 | $ 129.00 | Review of updated draft of motion to dismiss. |
| 10/16/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re motion to dismiss, and attention re same. |
| 10/16/2022 | Petrozziello, Matthew J. | Associate | 0.30 | $ 552.50 | $ 165.75 | Correspondence with Debevoise team re motion to dismiss. |
| 10/16/2022 | Levine, Andrew M. | Partner | 2.00 | $ 662.50 | $ 1,325.00 | Review and edit of motion to dismiss. |
| 10/16/2022 | Kagan, Jared I. | Counsel | 2.70 | $ 645.00 | $ 1,741.50 | Edit of draft motion to dismiss; review of A. Levine edits to same, and related emails with A. Levine. |
| 10/17/2022 | Morgan, Emily L. | Associate | 0.10 | $ 342.50 | $ 34.25 | Emails with M. Petrozziello re follow-up research. |
| 10/17/2022 | Levine, Andrew M. | Partner | 1.00 | $ 662.50 | $ 662.50 | Review and edit of motion to dismiss, and related emails with Debevoise team. |
| 10/17/2022 | Kagan, Jared I. | Counsel | 1.30 | $ 645.00 | $ 838.50 | Review of A. Levine edits to draft motion to dismiss, and conference with M. Petrozziello re same; review of revised draft from M. Petrozziello. |
| 10/17/2022 | Petrozziello, Matthew J. | Associate | 4.00 | $ 552.50 | $ 2,210.00 | Teleconference with J. Kagan re motion to dismiss, and edit of same. |
| 10/18/2022 | Kagan, Jared I. | Counsel | 0.90 | $ 645.00 | $ 580.50 | Edit of draft motion to dismiss, and attention to same. |
| 10/19/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Review of draft motion to dismiss, and related emails with Debevoise team; emails with NYPR/Debevoise team re next steps. |
| 10/19/2022 | Kagan, Jared I. | Counsel | 1.30 | $ 645.00 | $ 838.50 | Edit of draft motion to dismiss, and emails with team re same; teleconference with M. Petrozziello re same; email with NYPR and Debevoise team re update on draft; emails with M. Petrozziello re hearing. |
| 10/19/2022 | Perla, Naomi | Associate | 2.00 | $ 342.50 | $ 685.00 | Drafting of various documents, including proposed order, notice, and overview. |
| 10/20/2022 | Perla, Naomi | Associate | 3.30 | $ 342.50 | $ 1,130.25 | Emails with Debevoise team re draft motion; drafting and edit of various documents, including motion, order, and notice. |
| 10/20/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re hearing and related next steps. |
| 10/21/2022 | Levine, Andrew M. | Partner | 2.10 | $ 662.50 | $ 1,391.25 | Review and edit of brief, and related emails and teleconference with Debevoise team. |
| 10/21/2022 | Kagan, Jared I. | Counsel | 3.00 | $ 645.00 | $ 1,935.00 | Conference with Debevoise team re draft motion to dismiss; edit of draft motion, and emails re same. |
| 10/21/2022 | Perla, Naomi | Associate | 3.90 | $ 342.50 | $ 1,335.75 | Emails with Debevoise team re next steps; drafting of motion; working on exhibits; conference with Debevoise team re draft motion to dismiss; researching of jurisdiction questions. |
| 10/21/2022 | Petrozziello, Matthew J. | Associate | 3.00 | $ 552.50 | $ 1,657.50 | Conference with Debevoise team re draft motion to dismiss; edit of motion to dismiss. |
| 10/21/2022 | Morgan, Emily L. | Associate | 8.40 | $ 342.50 | $ 2,877.00 | Conference with Debevoise team re draft motion to dismiss; review and edit of draft brief. |
| 10/22/2022 | Perla, Naomi | Associate | 0.90 | $ 342.50 | $ 308.25 | Edit of attorney declaration, and emails re same. |
| 10/22/2022 | Petrozziello, Matthew J. | Associate | 2.40 | $ 552.50 | $ 1,326.00 | Edit of motion to dismiss; edit of declaration. |
| 10/23/2022 | Perla, Naomi | Associate | 0.90 | $ 342.50 | $ 308.25 | Emails with Debevoise team re next steps; edit of motion to dismiss. |
| 10/23/2022 | Tuttle, Jonathan R. | Partner | 0.90 | $ 662.50 | $ 596.25 | Review of draft motion to dismiss, brief, and other materials for filing; emails with Debevoise team re drafts. |
| 10/23/2022 | Levine, Andrew M. | Partner | 1.60 | $ 662.50 | $ 1,060.00 | Emails with NYPR/Debevoise team re edits to motion to dismiss, and review and edit of same; emails with Debevoise team re legal research and analysis. |
| 10/23/2022 | Petrozziello, Matthew J. | Associate | 3.00 | $ 552.50 | $ 1,657.50 | Edit of motion to dismiss; preparation of filing materials, and correspondence with N. Perla re same; correspondence with Debevoise team re legal research questions for motion to dismiss. |
| 10/24/2022 | Tuttle, Jonathan R. | Partner | 0.70 | $ 662.50 | $ 463.75 | Review of revisions to motion to dismiss, brief, and other filings, and related emails with Debevoise team. |
| 10/24/2022 | Levine, Andrew M. | Partner | 1.70 | $ 662.50 | $ 1,126.25 | Review and edit of motion to dismiss; review and edit of motion statement; videoconference and emails with NYPR/Debevoise team re motions and related strategic issues; review and edit of corporate disclosure statement. |
| 10/24/2022 | Kagan, Jared I. | Counsel | 2.80 | $ 645.00 | $ 1,806.00 | Conference with NYPR/Debevoise team re drafts; edit draft motion, and emails with team re same. |
| 10/24/2022 | Perla, Naomi | Associate | 4.10 | $ 342.50 | $ 1,404.25 | Emails with Debevoise team re upcoming filing; edit of motion documents. |
| 10/24/2022 | Petrozziello, Matthew J. | Associate | 6.00 | $ 552.50 | $ 3,315.00 | Teleconference with client re draft filing; edit of motion to dismiss and supporting documents. |
| 10/25/2022 | Kagan, Jared I. | Counsel | 1.70 | $ 645.00 | $ 1,096.50 | Edit of motion to dismiss and related filings, and emails with team re same. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Motion to Dismiss:** | | | | | | |
| Date | Bill Timekeeper | Title | Hours | Rate | Amount | Narrative |
| 10/25/2022 | Levine, Andrew M. | Partner | 2.80 | $ 662.50 | $ 1,855.00 | Review and edit of motion to dismiss and supporting submission, and related emails with Debevoise team; emails with NYPR/Debevoise team re comments, and review of same; emails with NYPR/Debevoise team re filings; emails with J. Kagan re next steps. |
| 10/25/2022 | Perla, Naomi | Associate | 4.60 | $ 342.50 | $ 1,575.50 | Preparation of filing; emails with Debevoise team re filing; edit of various documents and other tasks to assist with filing. |
| 10/25/2022 | Petrozziello, Matthew J. | Associate | 6.20 | $ 552.50 | $ 3,425.50 | Editing and filing of motion; correspondence with client and Debevoise team re edits; edit and filing of corporate disclosure statement. |
| 10/25/2022 | Tuttle, Jonathan R. | Partner | 0.60 | $ 662.50 | $ 397.50 | Review of final motion papers for filing, and related emails with Debevoise team. |
| 10/25/2022 | Carter, Christopher M. | Associate | 0.70 | $ 475.00 | $ 332.50 | Review of filing, and related emails with team. |
| 10/26/2022 | Petrozziello, Matthew J. | Associate | 1.70 | $ 552.50 | $ 939.25 | Attention to post-filing matters; follow-up research for reply briefs, and correspondence with E. Morgan re the same. |
| 11/3/2022 | Tuttle, Jonathan R. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re motion to dismiss hearing. |
| 11/8/2022 | Morgan, Emily L. | Associate | 0.40 | $ 342.50 | $ 137.00 | Emails with Debevoise team re recent precedent, and analysis of same. |
| 11/8/2022 | Levine, Andrew M. | Partner | 0.50 | $ 662.50 | $ 331.25 | Attention to Fairfax's opposition briefing, including review of same and related emails with Debevoise team. |
| 11/8/2022 | Petrozziello, Matthew J. | Associate | 0.50 | $ 552.50 | $ 276.25 | Research for reply brief. |
| 11/8/2022 | Perla, Naomi | Associate | 0.60 | $ 342.50 | $ 205.50 | Attention to Fairfax's opposition briefing, including review of same and related emails with Debevoise team. |
| 11/9/2022 | Morgan, Emily L. | Associate | 1.00 | $ 342.50 | $ 342.50 | Attention to Fairfax's opposition briefing, including review of same and related emails with Debevoise team. |
| 11/9/2022 | Tuttle, Jonathan R. | Partner | 1.50 | $ 662.50 | $ 993.75 | Attention to Fairfax's opposition briefing, including review of same and related emails with Debevoise team; teleconference with Debevoise team re motion to dismiss hearing; emails with plaintiff's counsel; attention to reply brief issues; review and edit of email to plaintiff's counsel re opposition and briefing schedule. |
| 11/9/2022 | Levine, Andrew M. | Partner | 1.50 | $ 662.50 | $ 993.75 | Emails with NYPR/Debevoise team re opposition brief, and related videoconference and emails with Debevoise team, and attention re same; conference with NYPR re strategic issues, and related conference with J. Kagan. |
| 11/9/2022 | Petrozziello, Matthew J. | Associate | 2.50 | $ 552.50 | $ 1,381.25 | Drafting and edit of reply brief in support of motion to dismiss; call re oral argument date and correspondence with opposing counsel. |
| 11/9/2022 | Kagan, Jared I. | Counsel | 2.50 | $ 645.00 | $ 1,612.50 | Attention to Fairfax's opposition briefing, including review of same and related emails with Debevoise team; teleconference with Debevoise team re hearing and related strategy; teleconference with NYPR re same; drafting of email to Fairfax's counsel re schedule and opportunity for Fairfax to submit corrected opposition; teleconference with M. Petrozziello re reply. |
| 11/10/2022 | Kagan, Jared I. | Counsel | 0.60 | $ 645.00 | $ 387.00 | Review of reply outline for motion to dismiss, and conference with M. Petrozziello re same; drafting of email to Fairfax's counsel re oral argument, and emails with A. Levine re same. |
| 11/10/2022 | Petrozziello, Matthew J. | Associate | 5.00 | $ 552.50 | $ 2,762.50 | Drafting and edit of reply brief in support of motion to dismiss; correspondence with Debevoise team re reply brief. |
| 11/10/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Emails with Debevoise team re updates and next steps. |
| 11/11/2022 | Levine, Andrew M. | Partner | 0.50 | $ 662.50 | $ 331.25 | Emails with Debevoise team re upcoming briefing and related preparations; edit of communication with plaintiff's counsel, and related emails with counsel/Debevoise. |
| 11/11/2022 | Tuttle, Jonathan R. | Partner | 1.00 | $ 662.50 | $ 662.50 | Emails and teleconference with Debevoise team re response to opposing counsel and motion to dismiss issues; review and edit of email to opposing counsel. |
| 11/11/2022 | Petrozziello, Matthew J. | Associate | 1.50 | $ 552.50 | $ 828.75 | Review and edit of reply brief in support of motion to dismiss; drafting and edit of declaration in support of motion to dismiss. |
| 11/11/2022 | Carter, Christopher M. | Associate | 0.40 | $ 475.00 | $ 190.00 | Emails with Debevoise team re draft reply to motion to dismiss, and review of same. |
| 11/11/2022 | Kagan, Jared I. | Counsel | 2.00 | $ 645.00 | $ 1,290.00 | Edit and review of draft reply brief, and emails with team re same; email with T. Martin to withdraw offer to allow Plaintiff to correct brief, and emails with team re same. |
| 11/12/2022 | Tuttle, Jonathan R. | Partner | 0.70 | $ 662.50 | $ 463.75 | Review of draft reply brief on motion to dismiss; emails with Debevoise team re declaration for reply brief. |
| 11/12/2022 | Kagan, Jared I. | Counsel | 0.60 | $ 645.00 | $ 387.00 | Edit of draft reply; emails with M. Petrozziello re same. |
| 11/12/2022 | Levine, Andrew M. | Partner | 1.70 | $ 662.50 | $ 1,126.25 | Review and edit of reply, as well as the accompanying declaration, and related emails with Debevoise team. |
| 11/12/2022 | Petrozziello, Matthew J. | Associate | 3.50 | $ 552.50 | $ 1,933.75 | Drafting and edit of reply brief in support of motion to dismiss; drafting and edit of declaration in support of motion to dismiss. |
| 11/13/2022 | Kagan, Jared I. | Counsel | 0.30 | $ 645.00 | $ 193.50 | Emails with team re draft reply, and teleconference with M. Petrozziello re same. |
| 11/13/2022 | Petrozziello, Matthew J. | Associate | 1.80 | $ 552.50 | $ 994.50 | Drafting and edit of reply; drafting and edit of declaration. |
| 11/13/2022 | Levine, Andrew M. | Partner | 3.80 | $ 662.50 | $ 2,517.50 | Review and edit of reply, and related emails with Debevoise team. |
| 11/14/2022 | Carter, Christopher M. | Associate | 3.50 | $ 475.00 | $ 1,662.50 | Review and edit of reply, and related emails with Debevoise team. |
| 11/14/2022 | Kagan, Jared I. | Counsel | 0.70 | $ 645.00 | $ 451.50 | Edit of reply, and related emails with Debevoise team. |
| TOTAL | | | 266.60 | | $ 132,415.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Motion for Attorneys' Fees:** | | | | | | |
| Date | Bill Timekeeper | Title | Hours | Rate | Amount | Narrative |
| 10/12/2022 | Petrozziello, Matthew J. | Associate | 3.50 | $ 552.50 | $ 1,933.75 | Legal research re motion, and related correspondence with N. Perla and E. Morgan; drafting of outline for motion for attorneys' fees; correspondence with Debevoise team re appearances. |
| 10/13/2022 | Petrozziello, Matthew J. | Associate | 1.00 | $ 552.50 | $ 552.50 | Edit of motion for attorneys' fees outline. |
| 10/13/2022 | Morgan, Emily L. | Associate | 2.80 | $ 342.50 | $ 959.00 | Research on anti-SLAPP statute; attention to facts section of brief. |
| 10/14/2022 | Morgan, Emily L. | Associate | 3.60 | $ 342.50 | $ 1,233.00 | Legal research re anti-SLAPP laws; review of text from relevant interview in connection with motion for attorneys' fees. |
| 10/17/2022 | Petrozziello, Matthew J. | Associate | 0.90 | $ 552.50 | $ 497.25 | Research for motion for attorneys' fees, and correspondence with E. Morgan re same. |
| 10/18/2022 | Morgan, Emily L. | Associate | 2.20 | $ 342.50 | $ 753.50 | Follow-up legal research re motion for attorneys' fees. |
| 10/18/2022 | Petrozziello, Matthew J. | Associate | 3.00 | $ 552.50 | $ 1,657.50 | Drafting and edit of motion for attorneys' fees. |
| 10/19/2022 | Morgan, Emily L. | Associate | 2.30 | $ 342.50 | $ 787.75 | Research re attorneys' fees, and emails with M. Petrozziello re same. |
| 10/19/2022 | Petrozziello, Matthew J. | Associate | 4.90 | $ 552.50 | $ 2,707.25 | Drafting of motion for attorneys' fees, and research re same; coordination of research and filing tasks with Debevoise team. |
| 10/20/2022 | Kagan, Jared I. | Counsel | 0.50 | $ 645.00 | $ 322.50 | Review of draft motion for attorneys' fees, and conference with M. Petrozziello to provide comments on same. |
| 10/20/2022 | Petrozziello, Matthew J. | Associate | 3.90 | $ 552.50 | $ 2,154.75 | Drafting and edit of motion for attorneys' fees; teleconference with J. Kagan re motion for attorneys' fees. |
| 10/20/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re next steps. |
| 10/21/2022 | Petrozziello, Matthew J. | Associate | 2.50 | $ 552.50 | $ 1,381.25 | Edit of motion for attorneys' fees. |
| 10/22/2022 | Levine, Andrew M. | Partner | 1.30 | $ 662.50 | $ 861.25 | Review and edit of motion for attorneys' fees, and related emails with Debevoise team. |
| 10/22/2022 | Kagan, Jared I. | Counsel | 1.60 | $ 645.00 | $ 1,032.00 | Edit draft motion for attorneys' fees, and emails with M. Petrozziello re same. |
| 10/22/2022 | Petrozziello, Matthew J. | Associate | 1.50 | $ 552.50 | $ 828.75 | Edit of motion for attorneys' fees. |
| 10/23/2022 | Petrozziello, Matthew J. | Associate | 5.00 | $ 552.50 | $ 2,762.50 | Edit of motion for attorneys' fees to incorporate A. Levine and J. Kagan comments. |
| 10/23/2022 | Levine, Andrew M. | Partner | 0.50 | $ 662.50 | $ 331.25 | Review and edit of motion for attorneys' fees, and related emails with Debevoise/NYPR team. |
| 10/23/2022 | Kagan, Jared I. | Counsel | 0.90 | $ 645.00 | $ 580.50 | Edit draft motion for attorneys' fees, and emails with team re same; review of NYPR edits to draft, and emails with Debevoise team re same; emails re legal research. |
| 10/24/2022 | Levine, Andrew M. | Partner | 0.40 | $ 662.50 | $ 265.00 | Review and edit of motion for attorneys' fees. |
| 10/24/2022 | Kagan, Jared I. | Counsel | 1.40 | $ 645.00 | $ 903.00 | Edit draft motion for attorneys' fees and emails with team re same. |
| 10/24/2022 | Petrozziello, Matthew J. | Associate | 2.40 | $ 552.50 | $ 1,326.00 | Edit of motion for attorneys' fees and supporting documents. |
| 10/25/2022 | Levine, Andrew M. | Partner | 1.00 | $ 662.50 | $ 662.50 | Review and edit of motion for attorneys' fees and supporting submissions, and related emails with Debevoise team. |
| 10/25/2022 | Kagan, Jared I. | Counsel | 1.70 | $ 645.00 | $ 1,096.50 | Edit of motion for attorneys' fees and related filings. |
| 10/25/2022 | Petrozziello, Matthew J. | Associate | 4.00 | $ 552.50 | $ 2,210.00 | Edit and filing of motion for attorneys' fees, and related documents. |
| 10/27/2022 | Morgan, Emily L. | Associate | 1.30 | $ 342.50 | $ 445.25 | Legal research re anti-SLAPP attorneys' fees. |
| 10/28/2022 | Morgan, Emily L. | Associate | 2.30 | $ 342.50 | $ 787.75 | Legal research re anti-SLAPP attorneys' fees. |
| 10/31/2022 | Morgan, Emily L. | Associate | 5.50 | $ 342.50 | $ 1,883.75 | Legal research re anti-SLAPP attorneys' fees. |
| 11/1/2022 | Petrozziello, Matthew J. | Associate | 0.10 | $ 552.50 | $ 55.25 | Correspondence with E. Morgan re reply brief research. |
| 11/1/2022 | Morgan, Emily L. | Associate | 4.80 | $ 342.50 | $ 1,644.00 | Legal research re anti-SLAPP attorneys' fees, emails with M. Petrozziello re same. |
| 11/2/2022 | Petrozziello, Matthew J. | Associate | 0.10 | $ 552.50 | $ 55.25 | Correspondence with E. Morgan re anti-SLAPP research. |
| 11/3/2022 | Morgan, Emily L. | Associate | 0.40 | $ 342.50 | $ 137.00 | Follow-up legal research re attorneys' fees; legal research re anti-SLAPP legislative history. |
| 11/3/2022 | Petrozziello, Matthew J. | Associate | 1.10 | $ 552.50 | $ 607.75 | Correspondence with Debevoise team re oral argument; review and revision of research memorandum re anti-SLAPP statutes; correspondence with E. Morgan re anti-SLAPP statutes research. |
| 11/4/2022 | Morgan, Emily L. | Associate | 0.80 | $ 342.50 | $ 274.00 | Review of research re anti-SLAPP legislative history, and emails with M. Petrozziello re same. |
| 11/8/2022 | Petrozziello, Matthew J. | Associate | 0.50 | $ 552.50 | $ 276.25 | Research for reply brief. |
| 11/9/2022 | Petrozziello, Matthew J. | Associate | 2.40 | $ 552.50 | $ 1,326.00 | Drafting and revising of reply brief in support of motion for attorneys' fees. |
| 11/10/2022 | Petrozziello, Matthew J. | Associate | 2.10 | $ 552.50 | $ 1,160.25 | Drafting and edit of reply brief in support of motion for attorneys' fees. |
| 11/11/2022 | Petrozziello, Matthew J. | Associate | 2.50 | $ 552.50 | $ 1,381.25 | Drafting and edit of reply brief in support of motion for attorneys' fees. |
| 11/12/2022 | Petrozziello, Matthew J. | Associate | 1.50 | $ 552.50 | $ 828.75 | Drafting and edit of reply brief in support of motion for attorneys' fees. |
| 11/12/2022 | Kagan, Jared I. | Counsel | 0.50 | $ 645.00 | $ 322.50 | Edit of draft reply and emails re same. |
| 11/12/2022 | Levine, Andrew M. | Partner | 1.60 | $ 662.50 | $ 1,060.00 | Review and edit of draft reply and emails re same. |
| 11/13/2022 | Tuttle, Jonathan R. | Partner | 1.00 | $ 662.50 | $ 662.50 | Review and revising of draft reply; emails with Debevoise team re strategic matters. |
| 11/13/2022 | Petrozziello, Matthew J. | Associate | 1.00 | $ 552.50 | $ 552.50 | Draft and revise reply brief and declaration in support. |
| 11/13/2022 | Kagan, Jared I. | Counsel | 0.30 | $ 645.00 | $ 193.50 | Edit of draft reply. |
| 11/14/2022 | Morgan, Emily L. | Associate | 0.50 | $ 342.50 | $ 171.25 | Edit of draft reply; e-mails with Debevoise team re draft reply. |
| 11/14/2022 | Levine, Andrew M. | Partner | 1.20 | $ 662.50 | $ 795.00 | Review and edit of briefs, and related emails with Debevoise team and with NYPR; emails with Debevoise team re next steps. |
| **TOTAL** | | | 80.00 | | $ 40,065.25 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Oral Argument:** | | | | | | |
| Date | Bill Timekeeper | Title | Base Hours | Rate | Hours x Rate | Narrative |
| 10/26/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re filing and oral argument. |
| 10/27/2022 | Petrozziello, Matthew J. | Associate | 0.10 | $ 552.50 | $ 55.25 | Correspondence with J. Kagan re oral argument. |
| 11/2/2022 | Levine, Andrew M. | Partner | 0.10 | $ 662.50 | $ 66.25 | Emails with Debevoise team re oral argument and related next steps. |
| 11/3/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Emails re oral argument. |
| 11/4/2022 | Petrozziello, Matthew J. | Associate | 0.10 | $ 552.50 | $ 55.25 | Correspondence with Debevoise team re oral argument. |
| 11/4/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re next steps. |
| 11/7/2022 | Tuttle, Jonathan R. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re oral argument. |
| 11/7/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | Emails with Debevoise team re oral argument, and attention re same. |
| 11/7/2022 | Petrozziello, Matthew J. | Associate | 0.30 | $ 552.50 | $ 165.75 | Correspondence with Debevoise team re oral argument preparation. |
| 11/8/2022 | Tuttle, Jonathan R. | Partner | 0.40 | $ 662.50 | $ 265.00 | Emails and telephone calls with Debevoise team re oral argument hearing and status. |
| 11/8/2022 | Kagan, Jared I. | Counsel | 1.00 | $ 645.00 | $ 645.00 | Emails with team re oral argument; teleconference with M. Petrozziello and C. Carter re same. |
| 11/8/2022 | Petrozziello, Matthew J. | Associate | 0.50 | $ 552.50 | $ 276.25 | Call with Debevoise team re oral argument. |
| 11/9/2022 | Carter, Christopher M. | Associate | 1.50 | $ 475.00 | $ 712.50 | Emails with Debevoise team re oral argument hearing and related strategy. |
| 11/21/2022 | Petrozziello, Matthew J. | Associate | 0.20 | $ 552.50 | $ 110.50 | Correspondence with E. Morgan re oral argument moot preparation. |
| 11/21/2022 | Morgan, Emily L. | Associate | 1.20 | $ 342.50 | $ 411.00 | Review and preparation of documents in advance of oral argument moot. |
| 11/22/2022 | Petrozziello, Matthew J. | Associate | 0.60 | $ 552.50 | $ 331.50 | Correspondence with E. Morgan re oral argument moot and related preparation. |
| 11/22/2022 | Morgan, Emily L. | Associate | 3.40 | $ 342.50 | $ 1,164.50 | Preparation for oral argument moot; emails with M. Petrozziello re same; emails with M. Petrozziello re oral argument questions and related preparations; drafting of oral argument moot questions. |
| 11/23/2022 | Perla, Naomi | Associate | 0.20 | $ 342.50 | $ 68.50 | Emails with Debevoise team re oral argument and related preparations. |
| 11/23/2022 | Petrozziello, Matthew J. | Associate | 0.90 | $ 552.50 | $ 497.25 | Teleconference with E. Morgan re oral argument outline; correspondence with J. Kagan and N. Perla re oral argument preparation and outline. |
| 11/23/2022 | Morgan, Emily L. | Associate | 2.10 | $ 342.50 | $ 719.25 | Preparation for oral argument moot, and related conference with M. Petrozziello. |
| 11/24/2022 | Petrozziello, Matthew J. | Associate | 0.10 | $ 552.50 | $ 55.25 | Correspondence with A. Levine re oral argument preparation. |
| 11/24/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re oral argument preparations and related next steps. |
| 11/26/2022 | Petrozziello, Matthew J. | Associate | 0.30 | $ 552.50 | $ 165.75 | Edit of moot question outline for oral argument. |
| 11/28/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re oral argument preparations and mooting, and attention re same. |
| 11/28/2022 | Petrozziello, Matthew J. | Associate | 0.90 | $ 552.50 | $ 497.25 | Coordination of moot for oral argument, including edit of moot questions for oral argument. |
| 11/28/2022 | Morgan, Emily L. | Associate | 4.40 | $ 342.50 | $ 1,507.00 | Research in connection with oral argument outline. |
| 11/29/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re oral argument and related preparations, and attention re same. |
| 11/29/2022 | Petrozziello, Matthew J. | Associate | 0.40 | $ 552.50 | $ 221.00 | Edit of moot questions for oral argument. |
| 11/29/2022 | Morgan, Emily L. | Associate | 4.10 | $ 342.50 | $ 1,404.25 | Preparation and review of materials for oral argument, including analysis of prior court filings in drafting of oral argument outline. |
| 11/30/2022 | Morgan, Emily L. | Associate | 3.80 | $ 342.50 | $ 1,301.50 | Analysis of prior court filings in drafting of oral argument outline, and related emails with M. Petrozziello. |
| 12/1/2022 | Petrozziello, Matthew J. | Associate | 0.30 | $ 552.50 | $ 165.75 | Edit of moot questions for oral argument. |
| 12/1/2022 | Morgan, Emily L. | Associate | 1.80 | $ 342.50 | $ 616.50 | Drafting of questions for oral argument moot, and related emails with M. Petrozziello. |
| 12/2/2022 | Kagan, Jared I. | Counsel | 0.40 | $ 645.00 | $ 258.00 | Review of draft oral argument outline. |
| 12/2/2022 | Petrozziello, Matthew J. | Associate | 3.60 | $ 552.50 | $ 1,989.00 | Drafting and edit of oral argument outline; correspondence with Debevoise team re oral argument preparations; edit of oral argument moot questions. |
| 12/4/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re preparation for oral argument, and attention re same. |
| 12/5/2022 | Kagan, Jared I. | Counsel | 0.20 | $ 645.00 | $ 129.00 | Emails with Debevoise team re planning for oral argument. |
| 12/5/2022 | Morgan, Emily L. | Associate | 0.40 | $ 342.50 | $ 137.00 | Preparation for moot. |
| 12/5/2022 | Levine, Andrew M. | Partner | 0.60 | $ 662.50 | $ 397.50 | Emails with Debevoise team re preparation for oral argument and related next steps. |
| 12/5/2022 | Petrozziello, Matthew J. | Associate | 2.70 | $ 552.50 | $ 1,491.75 | Correspondence with Debevoise team re oral argument; drafting of proposed responses to questions for oral argument preparation. |
| 12/6/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Emails with team re oral argument preparations. |
| 12/6/2022 | Perla, Naomi | Associate | 0.20 | $ 342.50 | $ 68.50 | Emails with Debevoise team re moot, and review of related documents in preparation for same. |
| 12/6/2022 | Carter, Christopher M. | Associate | 0.40 | $ 475.00 | $ 190.00 | Preparation for moot. |
| 12/6/2022 | Levine, Andrew M. | Partner | 0.50 | $ 662.50 | $ 331.25 | Emails with Debevoise team re oral argument preparations, and attention re same; emails with NYPR/Debevoise team re oral argument. |
| 12/7/2022 | Tuttle, Jonathan R. | Partner | 0.70 | $ 662.50 | $ 463.75 | Conference with team re mooting for oral argument, and related emails with Debevoise team. |
| 12/7/2022 | Levine, Andrew M. | Partner | 2.10 | $ 662.50 | $ 1,391.25 | Conference with team re mooting for oral argument, and preparation re same. |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | **Oral Argument:** |
| Date | Bill Timekeeper | Title | Base Hours | Rate | Hours x Rate | Narrative |
| 12/7/2022 | Perla, Naomi | Associate | 2.50 | $ 342.50 | $ 856.25 | Emails with Debevoise team re oral argument preparations, and attention re same; conference with team re mooting of oral argument; review and incorporation of notes re moot. |
| 12/7/2022 | Petrozziello, Matthew J. | Associate | 4.80 | $ 552.50 | $ 2,652.00 | Conference with team re mooting for oral argument, and preparations re same; edit of moot questions for oral argument preparation; coordination of relevant legal research. |
| 12/7/2022 | Kagan, Jared I. | Counsel | 4.90 | $ 645.00 | $ 3,160.50 | Preparations for oral argument, including edit of outline; conference with team re mooting for oral argument. |
| 12/7/2022 | Morgan, Emily L. | Associate | 5.60 | $ 342.50 | $ 1,918.00 | Conference with Debevoise team re pretrial conference; conference with team re mooting for oral argument, and preparations re same; preparation of materials for oral argument; research and analysis of cases re awards of attorneys' fees. |
| 12/8/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re preparation for oral argument, and attention re same. |
| 12/8/2022 | Levine, Andrew M. | Partner | 0.50 | $ 662.50 | $ 331.25 | Preparation for oral argument, including review of materials; conference and emails with team re same. |
| 12/8/2022 | Tuttle, Jonathan R. | Partner | 0.60 | $ 662.50 | $ 397.50 | Emails with Debevoise team re motion arguments; attention to case management order; edit of arguments outline. |
| 12/8/2022 | Kagan, Jared I. | Counsel | 4.00 | $ 645.00 | $ 2,580.00 | Preparation for oral argument, including edit of arguments outline, and related conference Debevoise team. |
| 12/9/2022 | Levine, Andrew M. | Partner | 2.50 | $ 662.50 | $ 1,656.25 | Preparation for and attendance at oral argument. |
| 12/9/2022 | Tuttle, Jonathan R. | Partner | 2.60 | $ 662.50 | $ 1,722.50 | Meeting with Debevoise team re preparation for motion to dismiss and motion for attorneys' fees hearing; attendance at hearing in EDVA. |
| 12/9/2022 | Kagan, Jared I. | Counsel | 3.30 | $ 645.00 | $ 2,128.50 | Final argument preparations, including review and analysis of relevant materials and conference with Debevoise team; attendance at and arguing of motion to dismiss and motion for attorneys' fees; review of draft summary to NYPR team, and email M. Petrozziello re same. |
| | | | | | | |
| **TOTAL** | | | 73.90 | | $ 37,115.50 | |

| | | | | | | Joint Discovery: |
|---|---|---|---|---|---|---|
| **Date** | **Bill Timekeeper** | **Partner** | **Base Hours** | **Rate** | **Hours x Rate** | **Narrative** |
| 12/14/2022 | Morgan, Emily L. | Associate | 0.10 | $ 342.50 | $ 34.25 | Emails with Debevoise team re joint discovery plan. |
| 12/14/2022 | Carter, Christopher M. | Associate | 0.10 | $ 475.00 | $ 47.50 | Emails with Debevoise team re joint discovery plan. |
| 12/14/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Email with M. Petrozziello re joint draft discovery plan, and preparation re same. |
| 12/14/2022 | Petrozziello, Matthew J. | Associate | 1.70 | $ 552.50 | $ 939.25 | Research re joint discovery plan, and drafting of joint discovery plan. |
| 12/15/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Review and edit draft joint discovery plan. |
| 12/15/2022 | Petrozziello, Matthew J. | Associate | 1.60 | $ 552.50 | $ 884.00 | Drafting and edit of joint discovery plan; correspondence with J. Kagan re joint discovery plan. |
| 12/16/2022 | Tuttle, Jonathan R. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re joint discovery order issues. |
| 12/16/2022 | Kagan, Jared I. | Counsel | 0.60 | $ 645.00 | $ 387.00 | Videoconference with Debevoise team re draft joint discovery plan and related strategic issues, and emails re same. |
| 12/16/2022 | Carter, Christopher M. | Associate | 0.70 | $ 475.00 | $ 332.50 | Review and edit of proposed joint discovery plan. |
| 12/16/2022 | Petrozziello, Matthew J. | Associate | 1.00 | $ 552.50 | $ 552.50 | Videoconference with Debevoise team re draft joint discovery plan and related strategic issues; edit of draft joint discovery plan; correspondence with opposing counsel re meet and confer. |
| 12/16/2022 | Levine, Andrew M. | Partner | 1.10 | $ 662.50 | $ 728.75 | Review of joint discovery order, and related emails and videoconference with Debevoise team. |
| 12/18/2022 | Petrozziello, Matthew J. | Associate | 0.20 | $ 552.50 | $ 110.50 | Correspondence with A. Levine and J. Kagan re discovery schedule; correspondence with NYPR re discovery schedule. |
| 12/18/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re next steps and related coordination with plaintiff's counsel. |
| 12/19/2022 | Morgan, Emily L. | Associate | 0.20 | $ 342.50 | $ 68.50 | Review of proposed joint discovery plan, and related emails with Debevoise team. |
| 12/19/2022 | Kagan, Jared I. | Counsel | 0.60 | $ 645.00 | $ 387.00 | Videoconference with NYPR/Debevoise team re discovery plan and strategy; emails with Fairfax's counsel re Rule 26(f) call. |
| 12/19/2022 | Petrozziello, Matthew J. | Associate | 0.70 | $ 552.50 | $ 386.75 | Videoconference with NYPR/Debevoise team re discovery plan and strategy; correspondence with Debevoise team re joint discovery plan. |
| 12/19/2022 | Levine, Andrew M. | Partner | 1.00 | $ 662.50 | $ 662.50 | Videoconference and emails with NYPR/Debevoise team re discovery plan and strategy, and review of same; emails with plaintiff's counsel and Debevoise team re meeting. |
| 12/20/2022 | Tuttle, Jonathan R. | Partner | 0.20 | $ 662.50 | $ 132.50 | Review of draft joint discovery plan and related emails. |
| 12/20/2022 | Kagan, Jared I. | Counsel | 0.50 | $ 645.00 | $ 322.50 | Videoconference and emails with plaintiff's counsel and A. Levine re pretrial discovery order and related 26(f) conference; edit of draft joint discovery report, and emails with T. Martin re same. |
| 12/20/2022 | Levine, Andrew M. | Partner | 0.60 | $ 662.50 | $ 397.50 | Videoconference and emails with plaintiff's counsel and J. Kagan re pretrial discovery order, and related teleconference and emails with J. Kagan. |
| 12/21/2022 | Carter, Christopher M. | Associate | 0.20 | $ 475.00 | $ 95.00 | Review of communications re discovery plan and filing. |
| 12/21/2022 | Kagan, Jared I. | Counsel | 0.30 | $ 645.00 | $ 193.50 | Emails with plaintiff's counsel re joint discovery report; finalization and filing of same. |
| 12/21/2022 | Levine, Andrew M. | Partner | 0.60 | $ 662.50 | $ 397.50 | E-mails with J. Kagan re hearing transcript and review of same; e-mails with counsel re discovery filing, and attention re same, including related filing. |
| 12/23/2022 | Tuttle, Jonathan R. | Partner | 0.20 | $ 662.50 | $ 132.50 | Emails with Debevoise team re scheduling conference and discovery order. |
| 12/23/2022 | Levine, Andrew M. | Partner | 0.30 | $ 662.50 | $ 198.75 | E-mails with Debevoise team re next steps and related communications with the court. |
| 12/23/2022 | Kagan, Jared I. | Counsel | 0.30 | $ 645.00 | $ 193.50 | Emails with team re upcoming court conference, and email clerk re same. |
| 12/26/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Review of court order, and related emails with Debevoise team. |
| 12/28/2022 | Kagan, Jared I. | Counsel | 0.10 | $ 645.00 | $ 64.50 | Attention to order staying discovery, and emails with NYPR/Debevoise team re same. |
| 12/28/2022 | Levine, Andrew M. | Partner | 0.20 | $ 662.50 | $ 132.50 | Review of court order, and related emails with NYPR/counsel team. |
| | | | | | | |
| | | | | | | |
| **TOTAL** | | | 13.90 | | $ 8,307.75 | |