FILED: August 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1497
(1:22-cv-00895-AJT-IDD)
_____

JUSTIN E. FAIRFAX

       Plaintiff - Appellant

v.

NEW YORK PUBLIC RADIO

       Defendant - Appellee

 and

WNYC

       Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK